JPML DOCKET

OF ENTRIES

SUCH LITIGATION

791    In re Terra-Drill parTnerships Securities Litigation

| | | |
|---|---|---|
| 88/09/09 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- for transfer of actions pursuant to 28 U.S.C. §1407 w/exhibits A thru K and cert of svc. -- defts. Herman Finesod; Mitchell Petroleum Technology Corp.; Worldco Services Group, Inc.; Leslie P. Lagoni; Oscar Strongin; James Haber, Midcontinent Drilling Associates; Far West Drilling Associates; Midcontinent II Drilling Associates; Far West II Drilling Associates; Tera Drill II Drilling Associates; Rocky Mountain Drilling Associates; Great Salt Lake Drilling Associates; Friedman & Shaftan, P.C.; Wilfred T. Friedman; Marcia Shaftan; Laventhol & Horwath Trager, Glass & Co.; and Larry Trager -- SUGGESTED TRANSFEREE DISTRICT:  S.D. New York (ds) |
| 88/09/20 | | APPEARANCES:  D'AMATO & LYNCH for Trager, Glass & Co.; GAYNIN & LEVINE for Tround International, Inc. and Steven Dardick; PAUL D. CLOTE, ESQ. for Wash. National Corp.; ROBERT HARRELL, ESQ. for Friedman & Shafton, P.C.; Winfred Friedman, and Marcia Shafton; DANIEL HEDGES, ESQ. for Laventhol & Horwath; HERBERT BIEGEL, ESQ. for David Reiter, et al. (cds) |
| 88/09/21 | | APPEARANCE -- RICHARD B. DRUBEL, ESQ. for Alan Westheimer, et al. (ds) |
| 88/09/22 | | APPEARANCE -- W. TED MINICH, ESQ. for Anchor National Financial Services, Inc. and Anchor National Life Insurance Co. (ds) |
| 88/09/23 | 2 | SUPPLEMENT TO PLDG #1 (EXHIBIT L) -- filed by Movants w/svc. and letter attached. (ds) |
| 88/09/27 | 3 | REQUEST FOR EXTENSION OF TIME -- pltf. Alan Westheimer, et al. -- GRANTED TO ALL PARTIES TO AND INCLUDING OCTOBER 12, 1988 (cds) |
| 88/09/28 | | APPEARANCES -- MARTIN R. NATHAN, ESQ. for AstraTerra Drilling Partnership, Ltd. and AstraTerra II, Ltd.; JIM L. FLEGLE, ESQ. for herman Finesod, Mitchell Petroleum Technology Corp., Worldco Services Group, Inc., Leslie P. Lagoni, Oscar Strongin, james Haber, Midcontinent Drilling Associates, Far West Drilling Associates, Midcontinent II Drilling Associates, Far West II Drilling Associates, Terra-Drill II Drilling Associates, Rocky Mountain Drilling Associates, and Great Salt Lake Drilling Associates (ds) |

JPML FORM 1A

p.2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 791 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/09/29 | 4 | RESPONSE/MEMORANDUM -- defts. David Dardick and Tround International, Inc. w/cert. of svc. (ds) |
| 88/09/29 | | APPEARANCE -- JONATHAN S. GAYNIN, ESQ. for David Dardick (ds) |
| 88/10/04 | | APPEARANCE: ROBERT MESHEL, ESQ. for Larry Trager (rh) |
| 88/10/07 | 5 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE -- David Reiter, et al. -- GRANTED TO ALL PARTIES TO AND INCLUDING OCTOBER 26, 1988 -- w/cert. of svc. (rh) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/10/17 | 6 | LETTER -- (Dismissal of 2 defts. in A-4) Alan Westheimer, et al. -- w/**orders** and cert. of svc. (rh) |
| 88/10/21 | 7 | RESPONSE -- (to pldg. #1) Anchor National Financial Service, Inc. and National Life Insurance Company -- w/cert. of svc. (rh) |
| 88/10/26 | 8 | RESPONSE/MEMORANDUM -- (to pldg. #1) Alan Westheimer, et al. -- w/**exhibits** A-M and cert. of svc. (rh) |
| 88/10/26 | 9 | RESPONSE -- (to pldg. #1) David Reiter, et al. -- w/cert. of svc. (rh) |
| 88/10/31 | 10 | REPLY -- Laventhol & Horwath -- w/**Affidavit of Daniel K. Hedges** and cert. of svc. (rh) |
| 88/11/14 | 11 | LETTER W/SUPPLEMENTAL INFORMATION -- signed by Leigh R. Lasky, Esq. counsel for pltfs. David Reiter, et al., P.C. Hall, et al. and Dr. Harold Lovitz, et al. (cds) |

JPML FORM 1A

p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 791 -- In re Terra-Drill Partnerships Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- ROBERT GOLD, ESQ. for Mitchell Petroleum Technology Corp.; Herman Finesod; Worldco Services Group; Leslie P. Lagoni; Oscar Strongin; James Haber; Midcontinent Drilling Associates; Far West Drilling Associates; Midcontinent II Drilling Associates; Far West II Drilling Associates; Terra-Drill II Drilling Associates; Rocky Mountain Drilling Associates; Great Salt Lake Drilling Associates; and Laventhol & Horwath; ROBERT S. HARRELL, ESQ. for Friedman & Shaftan, P.C., Wilfred T. Friedman and Marcia Shaftan for Estate of Robert P. Shaftan; RICHARD B. DRUBEL, ESQ. for Alan Westheimer, et al.; JONATHAN S. GAYNIN, ESQ. for Tround International, Inc., Steven Dardick and David Dardick and HERBERT BEIGEL, ESQ. OR LEIGH R. LASKY, ESQ. for Daivd Reiter, et al., P.C. Hall, et al., and Dr. Harold Lovitz, et al. |
| 88/11/16 | | WAIVER OF ORAL ARGUMENT: (Hearing on 11/17/88 in New Orleans, Louisiana) -- Washington National Corp.; Anchor National Financial Services, Inc.; Anchor National Life Insurance Co.; Astra-Terra Drilling Associates; Astra-Terra Drilling II Associates (rh) |
| 88/11/16 | 12 | LETTER -- signed by counsel for all parties -- requesting postponement of Nov. 17, 1988 hearing  (cds) |
| 88/11/16 | | ORDER VACATING NOVEMBER 17, 1988 HEARING -- Notified involved clerks, judges, counsel and misc. recipients.  (ds) |
| 88/12/13 | | HEARING ORDER -- setting motion by majority of the defendants for transfer of A-4 for Panel hearing on January 26, 1989 in Phoenix, Ariz.  (ds) |
| 89/01/03 | 13 | LETTER -- requesting the Panel to postpone January 26, 1989 hearing -- signed by Michael Ross, Esq. counsel for Friedman & Shaftan, P.C., Wilfred Friedman and Marcia Shaftan for Estate of Robert Shafton w/svc.  (ds) |
| 89/01/10 | 14 | LETTER -- requesting the Panel hearing on January 26, 1989 be held as scheduled -- signed by Daniel K. Hedges (dated 1/9/89) counsel for Laventhol & Horwath -- w/Exhibit and cert. of svc. (rh) |

B.4

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 791 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/01/24 | 15 | LETTER -- re: hearing on 1/26/89 -- Signed by Richard B. Drubel counsel for Alan Westheimer -- dated 1/23/89 -- w/cert. of svc. (rh) |
| 89/01/25 |  | HEARING APPEARANCES (for January 26, 1989 hearing, Phoenix, Arizona) -- DANIEL K. HEDGES, ESQ. for Laventhol & Horwath; RICHARD B. DRUBEL, ESQ. for Texas plaintiffs; LEIGH R. LASKY, ESQ. for New York plaintiffs  (ds) |
| 89/01/25 |  | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- Anchor National Life Insurance Co., Anchor National Financial Services, Inc.; Troud International, Inc., David Dardick, Steven Dardick; Wilfred T. Friedman, Friedman & Shaftan, P.C., Marcia Shaftan as Executrix of the Estate of Robert P. Shaftan; Astra Terra Drilling Assoc., Astra Terra II Drilling Assoc.; Washington National Corp.;  Laventhol & Horwath (ds) |
| 89/01/30 | 16 | SUPPLEMENTAL INFORMATION -- Letter From Counsel for pltf. Alan Westheimer, et al. (dated 1/27/89) -- w/Westheimer Class Action Notice & cert. of svc. (rh) |
| 89/02/01 | 17 | LETTER -- (Re:  Supplemental Information, dated 1/31/89) -- Signed by Daniel K. Hedges counsel for Laventhol & Horwath -- w/copy of complaint  -- Enrico Arena, et al. v. Martin Leventhal, et al., S.D. New York, C.A. No. 88-CIV-7614 and cert. of svc. (rh) |
| 89/02/06 | 18 | LETTER dated Feb. 3, 1989 (in response to pldg. #17) -- signed by Richard B. Drubel, Esq., counsel for pltf. Alan Westheimer, et al. -- w/service  (cds) |
| 89/02/08 | 19 | LETTER (in response to pldg. #17) -- signed by Leigh Lasky, Esq., counsel for pltfs. in three S.D. New York actions -- w/service  (cds) |
| 89/05/08 |  | CONSENT OF TRANSFEREE COURT -- Consenting to the assignment of litigation to the Honorable Milton Pollack (S.D.N.Y.), sitting by intercircuit assignment under 28 U.S.C. §294(d) -- signed by Chief Judge James De Anda (ds) |
| 89/05/08 |  | TRANSFER ORDER -- transferring A-1 thru A-3 to the S.D. Texas for pretrial proceedings pursuant to 28 U.S.C. §1407 and assigning the actions to the Hon. Milton Pollack (S.D.N.Y.), -- notified involved clerks, judges, counsel and misc. recipients.  (ds) |

JPML FORM 1A                                               p. 5

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 791 -- In re Terra-Drill Partnerships Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/05/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 Enrico Arena, et al. v. Martin Leventhal, et al., S.D. New York, C.A. No. 88-CIV-7614 -- Notified involved counsel and judges (rh) |
| 89/05/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-6 Ernest Betz, et al. v. Rocky Mountain Drilling Associates, et al., S.D.N.Y., C.A. No. 86-CIV-9906 -- Notified involved counsel and judges. (ds) |
| 89/05/30 | 20 | REQUEST FOR EXTENSION OF TIME FOR FILING NOTICE OF OPPOSITION IN B-5 Enrico Arena, et al. v. Martin Laventhal, et al., S.D. New York, #88-CIV-7614 -- filed by defendant Martin Laventhal -- GRANTED TO AND INCLUDING JUNE 2, 1989  (cds) |
| 89/06/05 | 21 | NOTICE OF OPPOSITION -- B-5 Enrico Arena, et al. v. Martin Laventhal, et al., S.D. New York, #88-CIV-7614 -- filed by defendant Martin Laventhal -- w/cert. of service  (cds) |
| 89/06/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-6 Ernest Betz, et al. v. Rocky Mountain Drilling Associates, et al., S.D.N.Y., C.A. No. 86-CIV-9906 -- Notified involved clerks and judges. (ds) |
| 89/06/15 | | HEARING ORDER -- Setting opposition of B-5 for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/06/21 | 22 | MOTION/BRIEF TO VACATE CTO -- B-5 Erico Arena, et al. v. Martin Laventhal, et al., S.D. New York, C.A. No. 88-CIV-7614 - filed by defts. Martin Leventhal; Leventhal, Zupnick, Berg, Jelinsky & Co. and Leventhal, Zupnick, Berg & Co., CPA's w/cert. of svc.  (ds) |
| 89/07/03 | 23 | LETTER (to Judge Pollack) -- filed by pltfs. Enrico Arena, et al. w/cert. of svc.  (ds) |
| 89/07/03 | 24 | RESPONSE (to pldg. 22) -- pltfs. Enrico Arena, et al. w/cert. of svc.  (ds) |
| 89/07/26 | | WAIVERS OF ORAL ARGUMENT:  (Hearing on 7/27/89 in Seattle, Washington) -- ALL WAIVED (rh) |

p 6

89/08/11        ORDER -- transferring B-5 Enrico Arena, et al. v. Matin
                leventhal, et al., S.D. New York, C.A. No. 88-Civ-7614 to the
                S.D. Texas for pretrial proceedings and remanding the claims
                in that action to the S.D. of New York -- Notified involved
                clerks, judges and counsel.  (ds)


89/11/29    25  LETTER FROM JUDGE POLLACK REQUESTING REMAND -- w/copy of his
                S.D. Texas order regarding remand of B-5  (cds)
89/11/29        CONDITIONAL REMAND ORDER FILED TODAY -- B-5 Enrico Arena, et
                al. v. Martin Leventhal, et al., S.D. Texas, C.A. No. 89-2819
                (S.D. New York, C.A. No. 88 Civ 7614-LBS) -- notified
                involved judge and counsel  (cds)


89/12/15        CONDITIONAL REMAND ORDER FINAL TODAY -- B-5 Enrico Arena, et
                al. v. Martin Leventhal, et al., S.D. Texas, C.A. No. 89-2819
                (S.D.N.Y., C.A. No. 88-CIV-7614-LBS) -- Notified involved
                clerks and judge.  (ds)

JPML Form 1

Revised: 8/78

DOCKET NO. <u>791</u> -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: <u>IN RE TERRA-DRILL PARTNERSHIPS SECURITIES LITIGATION</u>

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 23, 1989 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 8, 1989 | TO | Unpublished | S.D. Texas | Milton Pollack | S.D. New York |

### Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 791 -- In re Terra-Drill Partnerships Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | David Reiter, et al. v. Rocky Mountain Drilling Associates, et al. | N.Y.,S. Leisure | 86-CIV-8525 8252 | 5|8|89 | 89-1900 | 6/23/89 D | |
| A-2 | Dr. Harold Lovitz, et al. v. Rocky Mountain Drilling Associates, et al. | N.Y.,S. Leisure | 87-CIV-8409 | 5|8|89 | 89-1901 | 6/23/89 D | |
| A-3 | P. C. Hall, et al. v. Tround International, Inc., et al. | N.Y.,S. Leisure | 88-CIV-0636 | 5|8|89 | 89-1902 | 6/23/89 D | |
| A-4 | Alan Westheimer, et al. v. Herman Finesod, et al. | Tex.,S. Hughes | H-86-3808 | | | 12/8/89 D | |
| B-5 | Enrico Arena, et al. v. Martin Leventhal, et al. 5·16·89 *opposed (5/8?)* | S.D.N.Y. Sand | 88-CIV-7614 | 8|11|89 | 89-2819 | 12/15/89 R | Claims remanded 8/11/89 |
| B-6 | Ernest Betz, et al. v. Rocky Mountain Drilling Associates, et al. 5/22/89 | S.D.N.Y. Leisure | 86-CIV-9906 | 6|7|89 | 89-2051 | 1/5/92 D | |

July 1989 - 4 TR / 1 X 42 / 5 Pending
[B-5 opposed]

July 1990 - 1 TR / 5 Dis / 1 Rem / Litigation Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 791 -- In re Terra-Drill Partnerships Securities Litigation

---

DAVID REITER, ET AL. (A-1)
Herbert Beigel, Esq.
Beigel & Sandler
333 West Wacker Drive
Suite 650
Chicago, IL 60606
*Susso (Weeva (B-5)*

DR. HAROLD LOVITZ, ET AL. (A-2)
P.C. HALL, ET AL. (A-3)
(no appearance received)
Lewis S. Sandler, Esq.
Beigel & Sandler
620 Fifth Avenue, 5th Floor
New York, NY 10020

*PH+
LC*

ALAN WESTHEIMER, ET AL. (A-4)
Richard B. Drubel, Esquire
Susman Godfrey
5100 First Interstate Bank Plaza
10000 Louisiana
Houston, Texas 77002-5096

LAVENTHOL & HORWATH
Daniel K. Hedges, Esq.
Porter & Clements
3500 RepublicBank Center
700 Louisiana
Houston, TX 77002-2730

FRIEDMAN & SHAFTON, P.C.
WILFRED FRIEDMAN
MARCIA SHAFTAN for
ESTATE OF ROBERT SHAFTON
Robert S. Harrell, Esq.
Fulbright & Jaworski
1301 McKinney
Houston, TX 77010

WASHINGTON NATIONAL CORP.
Paul D. Clote, Esq.
Shrader, York, Clote, Hinds & Grote
1000 Louisiana St., Suite 5400
Houston, TX 77002-5079

STEVEN DARDICK
TROUND INTERNATIONAL, INC.
Gaynin & Levine
825 Third Avenue
New York, NY 10022-7574

HERMAN FINSOD
MITCHELL PETROLEUM TECHNOLOGY CORP.
WORLDCO SERVICES GROUP, INC.
OSCAR STRONGIN
LESLIE P. LAGONI
JAMES HABER
MIDCONTINENT DRILLING ASSOCIATES
FAR WEST DRILLING ASSOCIATES
MIDCONTINENT II DRILLING ASSOCIATES
FAR WEST II DRILLING ASSOCIATES
TERRA-DRILL II DRILLING ASSOCIATES
ROCKY MOUNTAIN DRILLING ASSOCIATES
GREAT SALT LAKE DRILLING ASSOCIATES

Jim L. Flegle, Jr., Esq.
Bracewell & Patterson
2900 Pennzoil Place
South Tower
Houston, TX 77002

SAMUEL J. SIMON
(no appearance received)
Frank Velie, Esq.
Christy & Biener
6th Floor, 620 Fifth Avenue
New York, NY 10020

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2_____

DOCKET NO. ___791___ -- ___In re Terra-Drill Partnerships Securities Litigation___

ASTRA-TERRA DRILLING ASSOCIATES
ASTRA-TERRA DRILLING II ASSOCIATES

Martin R. Nathan, Esq.
Nathan, Nathan & Newman
24 Greenway Plaza, Suite 2014
Houston, TX 77046

UNABLE TO DETERMINE COUNSEL OR
ADDRESS FOR FOLLOWING PARTIES:

MARKET SECURITIES CORP.

KANSAS ENERGY CORP.

ENRICO ARENA, ET AL. (B-5)
Lewis Sandler, Esq.
(Same As A-2)

ANCHOR NATIONAL LIFE INSURANCE CO.
ANCHOR NATIONAL FINANCIAL SERVICES, INC.

W. Ted Minick, Esq.
Winstead, McGuire, Sechrest & Minick
1600 MBank Building
910 Travis Street
Houston, Texas 77002

MAURER ENGINEERING, INC.
(no appearance received)
Harvey F. Cohen, Esq.
833 Clay Street
Houston, TX 77046

DAVID DARDICK
Jonathan S. Gaynin, Esquire
Gaynin & Heyler
825 Third Avenue
New York, New York 10022-7574

LARRY TRAGER
TRAGER, GLASS & CO.,
Robert Meshel, Esq.
D'Amato & Lynch
70 Pine Street
New York, New York 10270

SAMUEL J. SIMON
MAURER ENGINEERING, INC.
Requested removal from PASL
Defts. dismissed in Texas

MARTIN LEVENTHAL
LEVENTHAL, ZUPNICK, BERG, JELINSKY & CO.
LEVENTHAL, ZUPNICK, BERG & CO., C.P.A.s
Howard Rhine, Esq.
Coleman & Rhine
437 Madison Avenue
New York, New York 10022

ERNEST BETZ, ET AL. (B-6)
Lewis S. Sandler, Esq.
620 Fifth Avenue, 5th Floor
New York, New York 10020

WILLISTON OIL CORP.

FINESOD, FRIEDMAN & SHAFTAN, P.C.
(Defts. in B-6)
Unable to determine counsel or address

SAMUEL J. SIMON (Deft. in B-6)
Frank Velie, Esq.
Christy & Biener
620 Fifth Avenue, 5th Floor
New York, New York 10020

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __791__ -- __In re Terra-Drill Partnerships Securities Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| Rocky Mountain Drilling Associates | A-1, A-2 A-4, B-6 |
| Tround International, Inc. | A-1, A-2, A-3 |
| Steven Dardick | A-1, A-2, A-3 |
| Samuel J. Simon | A-1 |
| Mitchell Petroleum Technology Corporation | A-1, A-2, A-3, B-6 |
| Herman Finesod | A-1, A-2, A-3, A-4, B-6 |
| Friedman & Shaftan, P.C. | A-1, A-2, A-3 |
| Wilfred T. Friedman | A-1, A-2, A-3, B-6 |
| Midcontinent Drilling Associates II | A-1, A-2, A-3, B-6 |
| Midcontinent Drilling Associates I | A-1, A-2 B-6 |
| Marcia Shaftan (Executrix of Estate of Robert P. Shaftan) | A-1, A-2, A-3 B-6 |

p. ___2___

| | |
|---|---|
| Far West Drilling Associates | A-1, A-2 |
| Leslie P. Lagoni | A-1, A-2, A-3, B-6 |
| Terra Drill Assoicates II | A-1, A-2, A-3 |
| Far West Drilling Associates II | A-2, B-6 |
| James Haber | P-4 |
| Worldco Services Group, Inc. | P-4 |
| Oscar Strongin | P-4 |
| Kansas Energy Corporation | P-4, B-6 |
| Great Salt Lake Drilling Associates | P-4 |
| Rocky Mountain Drilling Associates | P-4 |
| Astra-Terra Drilling Associates | P-4 |

JPML FORM 3

p. ___3___

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___791___ -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Astra-Terra Drilling II Associates | A-4 |
| Terra-Drill II Drilling Associates | A-4 |
| Laventhol, Horwath, Trager, Glass & Co. | A-4 |
| Larry Trager | A-4 |
| Market Securities Corp. | A-4 |
| Anchor National Financial Services, Inc. | A-4 |
| Anchor National Life Insurance Co. | A-4 |
| Washington National Corp. | A-4 |
| David Dardick | A-4 |
| Maurer Engineering, Inc. | A-4 |
| Martin Leventhal | B-5 |

p. 4

| | B-5 |
|---|---|
| Leventhal, Zupnick, Berg Jelinsky & Co. | |
| | B-5 |
| Leventhal, Zupnick, Berg & Co., C.P.A.s | |
| | B-6 |
| Williston Oil Corp. | |
| | B-6 |
| Samule J. Simon | |
| | B-6 |
| Finesod, Friedman & Shaftan, P.C. | |
| | |
| | |
| | |
| | |
| | |
| | |