JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAY -8 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 791

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE TERRA-DRILL PARTNERSHIPS SECURITIES LITIGATION

TRANSFER ORDER

    This litigation presently consists of four actions pending in two districts as follows: three actions in the Southern District of New York and one action in the Southern District of Texas. Before the Panel is a motion by nineteen defendants in the New York and/or Texas actions, pursuant to 28 U.S.C. §1407, to centralize these actions in the Southern District of New York for coordinated or consolidated pretrial proceedings. Two additional Texas defendants do not oppose the motion. Plaintiffs in all four actions, two New York defendants and one Texas defendant oppose centralization in the Texas forum. Alternatively, the New York and Texas plaintiffs suggest the Texas forum as transferee district.

    On the basis of the papers filed and the hearing held, the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Southern District of Texas will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising from investments between 1980 and 1982 in nine similarly structured Utah limited partnerships involving the sublicensing of the terra-drill, a tool which purportedly enhances the recovery of oil and gas. Centralization under Section 1407 is thus desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

    We are persuaded that the Southern District of Texas is the appropriate transferee forum for this docket. We note that the Texas action has been pending since 1986; that a plaintiff class was certified in March 1988; and that discovery is well under way in the Texas forum.

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the Southern District of Texas and, with the consent of that court, assigned to the Honorable Milton Pollack from the Southern District of New York, sitting in the Southern District of Texas pursuant to an intercircuit assignment under 28 U.S.C. §294(d), for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

                                FOR THE PANEL:

                                Andrew A. Caffrey
                                Chairman

Schedule A

MDL-791 -- IN RE TERRA-DRILL PARTNERSHIPS SECURITIES LITIGATION

### Southern District of Texas

Alan Westheimer, et al. v. Herman Finesod, et al., C.A. No. H-86-3808

### Southern District of New York

David Reiter, et al. v. Rocky Mountain Drilling Associates, et al., C.A. No. 86-CIV-8252

Dr. Harold Lovitz, et al. v. Rocky Mountain Drilling Associates, et al., C.A. No. 87-CIV-8409

P.C. Hall, et al. v. Tround International, Inc., et al., C.A. No. 88-CIV-0636